## * * * * * UNITED STATES DISTRICT COURT * * * * *

**NORTHERN** DISTRICT OF **NEW YORK**

JUDGMENT IN A CIVIL CASE

DOCKET NO 5:03-CV-1031 (LEK/GJD)

EVA KATZMAN,

            **Plaintiff,**

-against-

CITIBANK,

            **Defendant.**

_____ JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____XX____ DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendant as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated August 09, 2007.

DATE:   August 09, 2007

**LAWRENCE K. BAERMAN**
CLERK OF THE COURT

*(signed)* Scott A. Snyder
Courtroom Deputy to the
Honorable Lawrence E. Kahn